UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| GINGER PAULIN, <br><br> Plaintiff, <br><br> vs. <br><br> KOHL'S, INC. <br><br> Defendant. | Case No.: 5:21-cv-02948-NC <br><br> **ORDER GRANTING STIPULATION** |

**ORDER**

Pursuant to the stipulation of the Parties, Kohl's, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 16, 2021

_____
Hon. Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE

**GRANTED**
Judge Nathanael M. Cousins